**HANK G. GREENBLATT, ESQ. – 143415**
hgreenblatt@dbbc.com
**DREYER, BABICH, BUCCOLA & CALLAHAM, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Telephone: (916) 379-3500
Facsimile: (916) 379-3599

Attorneys for Plaintiff
Joseph Martin

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MARTIN,<br><br>　　Plaintiff,<br><br>v.<br><br>SEARS, ROEBUCK AND CO., and REXON INDUSTRIALCORP.,<br>　　Defendants. | Case No.: 2:07-CV-02718-JAM-EFB<br><br>**ORDER GRANTING DISMISSAL OF ENTIRE CASE** |

It is hereby ORDERED that the entire case be dismissed with prejudice.

DATED: November 4, 2008

　　　　　　　　　　　　　　　　　By:/s/ John A. Mendez
　　　　　　　　　　　　　　　　　JUDGE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　United States District Judge

-1-
**ORDER GRANTING DISMISSAL OF ENTIRE CASE**

PDF created with pdfFactory trial version www.pdffactory.com